# EXHIBIT 2

**Claim Chart – U.S. Patent No. 10,553,739 vs. Hikam Wire Harness**

| CLAIM 1 | HIKAM WIRE HARNESS |
| --- | --- |
| [1.pre] An in-line assembly for a solar installation including: | The Hikam Wire Harness is an in-line assembly for a solar installation. Hikam America, Inc. specializes in Solar Harness Assemblies. Hikam Wire Harnesses are aggregated as "strings in parallel." |
| [1.a.] A photovoltaic fuse having a solid outer surface including a first end, a second end and a middle section there between, said solid outer surface defining an outline; | The Hikam Wire Harness includes an in-line photovoltaic fuse within a segment of the wire harness. The fuse structure (shown below) has a solid outer surface that includes a first end, a second end and a middle section. The outer surface of the fuse defines an outline.<br><br>*Wire Harness Including Photovoltaic Fuse* |



*Internal Structure of Fuse*

*Internal Structure of Fuse*

| | |
|---|---|
| [1.b.] An undermold surrounding and sealing said fuse, said undermold defining an outer surface outline, wherein the outer surface outline of said undermold is substantially parallel relative to the outline of said solid outer surface; | The fuse structure of the Hikam Wire Harness has an undermold surrounding and sealing the fuse, which defines an outer surface that is substantially parallel relative to the outline of the solid outer surface of the fuse. |

| | |
|---|---|
| |   *Internal Structure of Fuse* |
| [1.c.] An overmold defining an outline and surrounding said undermold, said undermold and said overmold each constructed of a single unit and each constructed of dissimilar materials, wherein the outline of said overmold is substantially parallel relative to the outline of said undermold; | The fuse structure of the Hikam Wire Harness includes an overmold surrounding the undermold. As shown in the image below, the undermold and the overmold are each constructed of a single unit and of dissimilar materials, and the outline of the overmold is substantially parallel relative to the outline of the undermold. |

<table>
<tr>
<td></td>
<td>

Internal Structure of Fuse</td>
</tr>
<tr>
<td>[1.d.] A first photovoltaic connector engaged with said first end, wherein said assembly provides electrical insulation.</td>
<td>The fuse structure of the Hikam Wire Harness includes a first photovoltaic connector engaged with the first end of the fuse (via a cable). The undermold and overmold structures of the assembly provide electrical insulation surrounding the fuse.<br>Wire Harness Including Photovoltaic Fuse</td>
</tr>
</table>



| | |
|---|---|
| | <br>*Internal Structure of Fuse*<br><br>The Hikam Wire Harness is certified as a UL 4703 PV Wire. The UL 4703 standards cover *insulated* photovoltaic wires. |

| CLAIM 10 | HIKAM WIRE HARNESS |
|---|---|
| [10.pre] A photovoltaic wire harness including: | The Hikam Wire Harness is a photovoltaic wire harness. Hikam America, Inc. specializes in Solar Harness Assemblies. Hikam Wire Harnesses are aggregated as "strings in parallel." |
| [10.a.] A trunk wire having a plurality of branch wires extending there from in pairs, said branch wires and said trunk wire forming angles having vertices of approximately degrees; and | The Hikam Wire Harness consists of a trunk wire with a plurality of branch wires extending in pairs, as shown below. The branch wires and trunk wire form angles having vertices of approximately 90 degrees. |

| | |
|---|---|
| | *Wire Harness Including Photovoltaic Fuse* |
| [10.b.] A plurality of fuse assemblies engaged only with said branch wires in a ratio of one fuse assembly per branch wire, said fuse assemblies each including: | The Hikam Wire Harness consists of a plurality of fuse assemblies engaged with the branch wires. There is one fuse assembly per branch wire, as shown below. |



one fuse assembly
per branch wire
first end
middle section
second end

| | |
|---|---|
| | *Wire Harness Including Photovoltaic Fuse* |
| [10.b.i.] A photovoltaic fuse having a solid outer surface including a first end, a second end and a middle section there between, said solid outer surface defining an outline; | The Hikam Wire Harness includes an in-line photovoltaic fuse within a segment of the wire harness. The fuse structure (shown below) has a solid outer surface that includes a first end, a second end and a middle section. The outer surface of the fuse defines an outline. *Wire Harness Including Photovoltaic Fuse* |

*Internal Structure of Fuse*

*Internal Structure of Fuse*

| | |
|---|---|
| [10.b.ii.] An undermold surrounding and sealing said fuse, said undermold defining an outer surface outline, wherein the outer surface outline of said undermold is substantially parallel relative to the outline of said solid outer surface; | The fuse structure of the Hikam Wire Harness has an undermold surrounding and sealing the fuse, which defines an outer surface that is substantially parallel relative to the outline of the solid outer surface of the fuse. |

| | |
|---|---|
| |   *Internal Structure of Fuse* |
| [10.b.iii.] An overmold defining an outline and surrounding said undermold, said undermold and said overmold each constructed of a single unit and each constructed of dissimilar materials, wherein the outline of said overmold is substantially parallel relative to the outline of said undermold; and | The fuse structure of the Hikam Wire Harness includes an overmold surrounding the undermold. As shown in the image below, the undermold and the overmold are each constructed of a single unit and of dissimilar materials, and the outline of the overmold is substantially parallel relative to the outline of the undermold. |



| | |
|---|---|
| | *Internal Structure of Fuse* |
| [10.b.iv.] A first photovoltaic connector engaged with said first end, wherein said assembly provides electrical insulation. | The fuse structure of the Hikam Wire Harness includes a first photovoltaic connector engaged with the first end of the fuse (via a cable). The undermold and overmold structures of the assembly provide electrical insulation surrounding the fuse. *Wire Harness Including Photovoltaic Fuse* |



*Internal Structure of Fuse*

The Hikam Wire Harness is certified as a UL 4703 PV Wire. The UL 4703 standards cover *insulated* photovoltaic wires.

| CLAIM 15 | HIKAM WIRE HARNESS |
|---|---|
| [15.pre] A method of configuring a solar installation including the steps of: | Hikam America, Inc. specializes in Solar Harness Assemblies. On information and belief, Hikam provides instructions to customers and intends for its Wire Harnesses to be installed in solar installations. |
| [15.a.] Engaging the trunk of a wire harness with a combiner box wherein said combiner box lacks fuses and circuit breakers; and | The trunk of the Hikam Wire Harness is designed and intended to be engaged with a combiner box, which lacks fuses and circuit breakers. |

| | |
|---|---|
| [15.b.] Engaging each terminal branch of said wire harness with one solar panel wherein each terminal branch includes exactly one in line fuse assembly each of said in line fuse assemblies including: | Hikam Wire Harnesses are aggregated as "strings in parallel" Each terminal branch of the Wire Harness has one in-line fuse assembly, as shown below. *Collection of Harnesses* |
| [15.b.i.] A photovoltaic fuse having a solid outer surface including a first end, a second end and a middle section there between, said solid outer surface defining an outline; | The Hikam Wire Harness includes an in-line photovoltaic fuse within a segment of the wire harness. The fuse structure (shown below) has a solid outer surface that includes a first end, a second end and a middle section. The outer surface of the fuse defines an outline. *Wire Harness Including Photovoltaic Fuse* |



| | |
|---|---|
| | <br>*Internal Structure of Fuse*<br>*Internal Structure of Fuse* |
| [15.b.ii.] An undermold surrounding and sealing said fuse, said undermold defining an outer surface outline, wherein the outer surface outline of said undermold is substantially parallel relative to the outline of said solid outer surface; | The fuse structure of the Hikam Wire Harness has an undermold surrounding and sealing the fuse, which defines an outer surface that is substantially parallel relative to the outline of the solid outer surface of the fuse. |

| | |
|---|---|
| |   *Internal Structure of Fuse* |
| [15.b.iii.] An overmold defining an outline and surrounding said undermold, said undermold and said overmold each constructed of a single unit and each constructed of dissimilar materials, wherein the outline of said overmold is substantially parallel relative to the outline of said undermold; and | The fuse structure of the Hikam Wire Harness includes an overmold surrounding the undermold. As shown in the image below, the undermold and the overmold are each constructed of a single unit and of dissimilar materials, and the outline of the overmold is substantially parallel relative to the outline of the undermold. |

| | |
|---|---|
| | *Internal Structure of Fuse* |
| [15.b.iv.] A first photovoltaic connector engaged with said first end, wherein said assembly provides electrical insulation. | The fuse structure of the Hikam Wire Harness includes a first photovoltaic connector engaged with the first end of the fuse (via a cable). The undermold and overmold structures of the assembly provide electrical insulation surrounding the fuse.<br>*Wire Harness Including Photovoltaic Fuse* |



first end

first photovoltaic connector

*Internal Structure of Fuse*

The Hikam Wire Harness is certified as a UL 4703 PV Wire. The UL 4703 standards cover *insulated* photovoltaic wires.