TIMOTHY J. MAIER, ESQ.
(Va. State Bar No. 46254)
(*Pro Hac Vice* to be submitted)
SIDDHESH V. PANDIT, ESQ.
(Va. Bar No. 75686)
(*Pro Hac Vice* to be submitted)
MAIER & MAIER, PLLC
345 South Patrick Street
Alexandria, VA 22314
Telephone: (703) 740-8322
Email: tjm@maierandmaier.com
Email: svp@maierandmaier.com

STACY E. DON (Cal. State Bar No. 226737)
LAW OFFICE OF STACY E. DON
3500 Douglas Blvd., Suite 210
Roseville, CA 95661-4227
Telephone: (916) 749-4851
Email:      sdon@sdonlaw.com

Attorneys for Defendants
Hikam America, Inc.,
Hikam Electrónica De México, S.A. De C.V.,
Hikam Tecnologia De Sinaloa,
Hewtech Philippines Corp.,
Hewtech Philippines Electornics Corp.,
and Hewtech (Shenzhen) Electronics Co., Ltd.,

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHOALS TECHNOLOGIES GROUP, LLC,<br><br>Plaintiff,<br><br>v.<br><br>HIKAM AMERICA, INC., HIKAM ELECTRÓNICA DE MEXICO, S.A. DE C.V., HIKAM TECNOLOGIA DE SINALOA, HEWTECH PHILIPPINES CORP., HEWTECH PHILIPPINES ELECTORNICS CORP., AND HEWTECH (SHENZHEN) ELECTRONICS CO., LTD.,<br><br>Defendant. | CASE NO. 3:23-cv-00811-AGS-MSB<br><br>**DEFENDANTS' UNOPPOSED MOTION FOR A MANDATORY STAY UNDER 28 U.S.C. § 1659**<br><br>DEMAND FOR JURY TRIAL<br><br>Judge: Hon. Andrew G. Schopler<br>Courtroom: 5C<br>Hearing Date: August 11, 2023<br>Hearing Time: 2:00 PM |

## DEFENDANTS' UNOPPOSED MOTION FOR A MANDATORY STAY UNDER 28 U.S.C. § 1659

Defendants Hikam America, Inc., Hikam Electrónica de México, S.A. de C.V., Hikam Tecnologia de Sinaloa, Hewtech Philippines Corp., Hewtech Philippines Electronics Corp., and Hewtech (Shenzhen) Electronics Co., Ltd. (collectively the "Hikam Defendants" or "Defendants") move this Court to stay this case under 28 U.S.C. § 1659, which requires a district court to stay proceedings in a case involving the same parties as a concurrent U.S. International Trade Commission ("ITC") investigation at the timely request of a respondent.

Because Defendants' request is timely and all other requirements are met, 28 U.S.C. § 1659(a) provides that this case "shall" be stayed until the ITC determination becomes final, including during any appeals and until the Commission proceedings are no longer subject to judicial review. *See In re Princo*, 478 F.3d 1345, 1355 (Fed. Cir. 2007) (granting a writ of mandamus and directing a district court to stay proceedings pursuant to 28 U.S.C. § 1659(a) until the ITC proceeding became final). A stay of the proceedings will minimize the time and effort required for the Court and the litigants to resolve the dispute. Moreover, a stay is warranted given Plaintiff's non-opposition to the request.

This Motion is based upon the Memorandum of Points and Authorities filed herewith, Declaration of Siddhesh V. Pandit and exhibits thereto, all papers and records on file herein, and on such oral argument that may be presented at the time of the hearing on the motion. This motion is set for hearing on August 11, 2023 at 2:00 p.m. before the Honorable Andrew G. Schopler, in Courtroom 5C at the Edward J. Schwartz United States Courthouse, 221 West Broadway, San Diego, California.

/ / /

/ / /

/ / /

/ / /

1 | Defendants respectfully request that the Court stay this action under 28 U.S.C.
2 | § 1659(a) until the determination of the 337-TA-1365 Investigation becomes final,
3 | including any appeals, and until the Commission proceedings are no longer subject to
4 | judicial review.

DATED: June 29, 2023

Respectfully submitted,

LAW OFFICE OF STACY E. DON

 s/Stacy E. Don
Stacy E. Don
Law Office of Stacy E. Don
3500 Douglas Blvd., Suite 210
Roseville, CA 95661-4227
Telephone: (916) 749-4851
sdon@sdonlaw.com

Timothy J. Maier, Esq.
*(pro hac vice to be submitted)*
Siddhesh V. Pandit, Esq.
*(pro hac vice to be submitted)*
Maier & Maier PLLC
345 S. Patrick Street
Alexandria, VA 22314
Tel: (703) 740-8322
tjm@maierandmaier.com
svp@maierandmaier.com

*Attorneys for Defendant*