```
 1  TIMOTHY J. MAIER, ESQ.
    (Va. State Bar No. 46254)
 2  (Pro Hac Vice to be submitted)
    SIDDHESH V. PANDIT, ESQ.
 3  (Va. Bar No. 75686)
    (Pro Hac Vice to be submitted)
 4  MAIER & MAIER, PLLC
    345 South Patrick Street
 5  Alexandria, VA 22314
    Telephone: (703) 740-8322
 6  Email: tjm@maierandmaier.com
    Email: svp@maierandmaier.com
 7
    STACY E. DON (Cal. State Bar No. 226737)
 8  LAW OFFICE OF STACY E. DON
    3500 Douglas Blvd., Suite 210
 9  Roseville, CA 95661-4227
    Telephone: (916) 749-4851
10  Email:      sdon@sdonlaw.com

11  Attorneys for Defendants
    Hikam America, Inc.,
12  Hikam Electrónica De México, S.A. De C.V.,
    Hikam Tecnologia De Sinaloa,
13  Hewtech Philippines Corp.,
    Hewtech Philippines Electornics Corp.,
14  and Hewtech (Shenzhen) Electronics Co., Ltd.,
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHOALS TECHNOLOGIES GROUP, LLC,<br><br>Plaintiff,<br><br>v.<br><br>HIKAM AMERICA, INC., HIKAM ELECTRÓNICA DE MEXICO, S.A. DE C.V., HIKAM TECNOLOGIA DE SINALOA, HEWTECH PHILIPPINES CORP., HEWTECH PHILIPPINES ELECTORNICS CORP., AND HEWTECH (SHENZHEN) ELECTRONICS CO., LTD.,<br><br>Defendant. | CASE NO. 3:23-cv-00811-AGS-MSB<br><br>**DEFENDANTS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT UNOPPOSED MOTION FOR A MANDATORY STAY UNDER 28 U.S.C. § 1659;**<br><br>DEMAND FOR JURY TRIAL<br><br>Judge: Hon. Andrew G. Schopler<br>Courtroom: 5C<br>Hearing Date: August 11, 2023<br>Hearing Time: 2:00 PM |

DEFENDANTS' MEMORANDUM IN SUPPORT OF UNOPPOSED MOTION
FOR A MANDATORY STAY UNDER 28 U.S.C. § 1659
CASE NO. 3:23-cv-00811-AGS-MSB

# DEFENDANTS' UNOPPOSED MOTION FOR A MANDATORY STAY UNDER 28 U.S.C. § 1659

Defendants Hikam America, Inc., Hikam Electrónica de México, S.A. de C.V., Hikam Tecnologia de Sinaloa, Hewtech Philippines Corp., Hewtech Philippines Electronics Corp., and Hewtech (Shenzhen) Electronics Co., Ltd. (collectively the "Hikam Defendants" or "Defendants") move this Court to stay this case under 28 U.S.C. § 1659, which requires a district court to stay proceedings in a case involving the same parties as a concurrent U.S. International Trade Commission ("ITC") investigation at the timely request of a respondent.

Because Defendants' request is timely and all other requirements are met, 28 U.S.C. § 1659(a) provides that this case "shall" be stayed until the ITC determination becomes final, including during any appeals and until the Commission proceedings are no longer subject to judicial review. *See In re Princo*, 478 F.3d 1345, 1355 (Fed. Cir. 2007) (granting a writ of mandamus and directing a district court to stay proceedings pursuant to 28 U.S.C. § 1659(a) until the ITC proceeding became final). A stay of the proceedings will minimize the time and effort required for the Court and the litigants to resolve the dispute. Moreover, a stay is warranted given Plaintiff's non-opposition to the request.

## I. STATEMENT OF FACTS

This action was filed on May 4, 2023, alleging infringement of U.S. Patent No. 10,553,739 (the "'739 Patent" or "Asserted Patent"). Dkt. No. 1. On the same day, May 4, 2023, Shoals Technologies LLC ("Shoals") filed a Complaint under Section 337 of The Tariff Act of 1930, as amended, in the ITC, requesting that the ITC institute an investigation under Section 337 against the Hikam Defendants and other respondents. *See* Declaration of Siddhesh V. Pandit ("Pandit Decl."), Ex. A ("ITC Compl."). On June 5, 2023, an ITC investigation was instituted titled *In the Matter of Certain Photovoltaic Connectors and Components Thereof*, Inv. No. 337-TA-1365.

Pandit Decl., Ex. B. The ITC Investigation names, among others, Defendants as respondents and asserts that Defendants infringe the same Asserted Patent.

## II.   LEGAL STANDARD

Under Section 1659 of Title 28, upon the request of any party to a civil action who is also a respondent in an ITC investigation involving the parties, the Court "shall stay, until the determination of the Commission becomes final, proceedings in the civil action with respect to any claim that involves the same issues involved in the proceeding before the Commission." 28 U.S.C. § 1659(a). This stay is mandatory and must be granted if made within thirty days from the later of: (1) the party being named a respondent in a proceeding before the ITC, or (2) the filing of the district court action. 28 U.S.C. § 1659(a)(1)-(2); *see also In re Princo* at 1355 (Fed. Cir. 2007). A stay issued under this statute must remain in effect during any appeal(s) and must continue "until the Commission proceedings are no longer subject to judicial review." *Id.*

## III.   A STAY OF ALL PROCEEDINGS IN THIS COURT IS MANDATORY AND UNOPPOSED

Defendants' motion for a stay satisfies § 1659(a)'s requirements for a mandatory stay. First, the parties in the instant action are the same parties in the ITC Investigation: Shoals Technologies Group, LLC ("Shoals"), the plaintiff here, is the Complainant in the ITC Investigation. Defendants Hikam America, Inc., Hikam Electrónica de México, S.A. de C.V, Hikam Tecnologia de Sinaloa, Hewtech Philippines Corp., Hewtech Philippines Electronics Corp., and Hewtech (Shenzhen) Electronics Co., Ltd., the defendants here, are respondents in the ITC Investigation. *See* 28 U.S.C. § 1659(a) ("at the request of a party to the civil action that is also a respondent in the proceeding before the Commission, the district court shall stay").

Second, the claims in this action involve the same issues involved in the ITC Investigation. In both the Complaint here and the ITC Complaint, Shoals alleges that Defendants infringe the Asserted Patent, and the allegations of infringement are the

2

D DEFENDANTS' MEMORANDUM IN SUPPORT OF UNOPPOSED MOTION
FOR A MANDATORY STAY UNDER 28 U.S.C. § 1659
CASE NO. 3:23-cv-00811-AGS-MSB

same. *Compare* Compl. ¶¶ 27-46 *with* ITC Compl. ¶¶ 32-37, 48-49, 56-58, and 62-68. The claims in both this action and the ITC Investigation encompass the same issues relating to the Asserted Patent, including infringement, validity, and enforceability, as well as the same defenses that Defendants might raise in the two proceedings. *See* 28 U.S.C. § 1659(a) ("the district court shall stay . . . proceedings in the civil action with respect to any claim that involves the same issues involved in the proceeding before the Commission").

Finally, Defendants' request is timely. This motion is timely under 28 U.S.C. § 1659(a)(1) because it was filed within 30 days after Defendants were named as respondents in the ITC Investigation pursuant to the Commission's June 5, 2023, notice of institution.  A stay is, therefore, mandatory under § 1659(a).

For the foregoing reasons, Defendants respectfully request that the Court enter the attached proposed order staying all proceedings in this action until the determination of the 337-TA-1365 Investigation becomes final, including any appeals and until the ITC proceedings are no longer subject to judicial review.

Defendants' do not waive any objections and defenses to Shoals' Complaint, including, but not limited to, any defenses based on lack of jurisdiction, improper venue, inconvenient venue, and do not waive Defendants' rights to seek appropriate relief, including dismissal of the Complaint or venue transfer. Thus, Defendants expressly reserve all objections, defenses, and rights in response to Shoals' Complaint allegations. Requesting a stay at this juncture without resolution of such objections and defenses will conserve judicial resources consistent with FRCP 1.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

## IV. CONCLUSION

For the foregoing reasons, Defendants respectfully request that the Court stay this action under 28 U.S.C. § 1659(a) until the determination of the 337-TA-1365 Investigation becomes final, including any appeals, and until the Commission proceedings are no longer subject to judicial review.

Respectfully submitted,

DATED: June 29, 2023     LAW OFFICE OF STACY E. DON

 s/Stacy E. Don
Stacy E. Don
Law Office of Stacy E. Don
3500 Douglas Blvd., Suite 210
Roseville, CA 95661-4227
Telephone: (916) 749-4851
sdon@sdonlaw.com

Timothy J. Maier, Esq.
*(pro hac vice to be submitted)*
Siddhesh V. Pandit, Esq.
*(pro hac vice to be submitted)*
Maier & Maier PLLC
345 S. Patrick Street
Alexandria, VA 22314
Tel: (703) 740-8322
tjm@maierandmaier.com
svp@maierandmaier.com

*Attorneys for Defendant*